**Order entered September 22, 2022**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00353-CR
### No. 05-21-00354-CR
### No. 05-21-00355-CR

## ARIK NYLES MAXEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F17-75257-M, F17-52204-M, & F17-75276-M

## ORDER

Before the Court is appellant's September 19, 2022 pro se letter asking this Court to reconsider the June 23, 2022 opinion in this case. This Court denied appellant's July 18, 2022 motion for rehearing on July 29, 2022. We construe appellant's September 19, 2022 pro se letter as a further motion for rehearing. *See Rodriguez v. State*, 446 S.W.3d 520, 525 (Tex. App.—San Antonio 2014, no pet.) (construing "motion to correct" as motion for rehearing).

After a motion for rehearing is decided, a further motion for rehearing may be filed only if this court (1) modifies its judgment, (2) vacates its judgment and renders a new judgment, or (3) issues a different opinion. *See* TEX. R. APP. P. 49.5. Because we did not take any of those actions, appellant is not permitted to file a further motion for rehearing. We **DISMISS** appellant's September 19, 2022 motion.

/s/    CORY L. CARLYLE
       JUSTICE